THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SPOTLESS DOLLAR CLEANERS, INCORPORATED, Appellant.— Judgment convicting defendant of the crime of violation of N. R. A. Code, chapter 781 of the Laws of 1933, unanimously reversed and the information dismissed. (See *Darweger* v. *Staats*,

267 N. Y. 290.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.